U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| Susan Starrett v. FedEx Ground Package System, Inc., Federal Express Corporation, FedEx Corporate Services, Inc., FedEx Air Package Systems, Inc. | FILED: MARCH 19, 2008<br>08CV1611   TC<br>JUDGE LEFKOW<br>MAGISTRATE JUDGE COLE |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

FedEx Ground Package System, Inc., Federal Express Corporation, FedEx Corporate Services, Inc.

| NAME (Type or print) |
|---|
| Patrick J. Keating |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ |
| FIRM |
| O'Hagan Spencer LLC |
| STREET ADDRESS |
| 1 E. Wacker Drive, Suite 3400 |
| CITY/STATE/ZIP |
| Chicago, Illinois 60601 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6211380 | 312-422-6135 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐