## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

Susan Starrett

                                Plaintiff,

v.                                                      Case No.: 1:08−cv−01611
                                                           Honorable Joan H. Lefkow

FedEx Ground Package System, Inc., et al.

                                Defendant.

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, April 15, 2008:

      MINUTE entry before Judge Honorable Joan H. Lefkow:Status hearing held on 4/15/2008. Plaintiff's oral motion for leave to file motion to remand by 4/21/2008 is granted. Motion shall be filed with an agreed briefing schedule.Mailed notice(mad, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.