UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3
Eastern Division

Susan Starrett
                                   Plaintiff,
v.                                                    Case No.: 1:08−cv−01611
                                                      Honorable Joan H. Lefkow
FedEx Ground Package System, Inc., et al.
                                   Defendant.

NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, April 29, 2008:

MINUTE entry before Judge Honorable Joan H. Lefkow:Response to plaintiff's motion to remand [11] due by 5/9/2008; reply due by 5/23/2008; ruling will issue by mail.Mailed notice(mad, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.