IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SUSAN STARRETT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.  ) | No. 08-cv-01611 |
| ) | |
| ) | Judge Joan H. Lefkow |
| FEDEX GROUND PACKAGE ) | |
| SYSTEM INC., a Delaware Corporation, ) | Magistrate Judge Jeffrey Cole |
| FEDERAL EXPRESS CORPORATION, ) | |
| a Delaware Corporation, ) | |
| FEDEX CORPORATE SERVICES, ) | |
| INC, a Delaware Corporation ) | |
| FEDEX AIR PACKAGE SYSTEMS INC., ) | |
| ) | |
| Defendants. ) | |

## MOTION FOR ADDITIONAL TIME TO FILE REPLY BRIEF

Plaintiff, SUSAN STARRETT ("Plaintiff"), by her attorneys, CLIFFORD LAW OFFICES, P.C., moves this Honorable Court for an additional fourteen (14) days, until June 6, 2008, to file her Reply brief in support of Plaintiff's Motion for Remand, and states as follows:

1. This case involves a case where Plaintiff seeks the remedy of declaratory relief with respect to unenforceability of certain contractual clause as being against the public policy of Illinois.

2. On February 15, 2008, Plaintiff filed a complaint in the Circuit Court of Cook County, Chancery Division, Case Number 2008 CH 05989, seeking recovery for various torts arising under state law committed by Defendants FEDEX GROUND PACKAGE SYSTEM, INC.; FEDERAL EXPRESS CORPORATION; FEDEX CUSTOM CRITICAL, INC.; FEDEX KINKO'S OFFICE AND PRINT SERVICES, INC.; FEDEX CORP.; and FEDEX CORPORATE SERVICES, INC. (hereinafter referred to collectively as "the FEDEX Defendants"). On March 19, 2008, the

FEDEX Defendants filed a Notice of Removal with this Court pursuant to 28 U.S.C. §1441, and thereafter Plaintiff moved for remand to the Circuit Court of Cook County.

3. On April 15, 2008, there was a status hearing and an order was entered granting Plaintiff leave to file her motion for remand by April 21, 2008, with an agreed briefing schedule. Subject to approval by this Honorable Court, counsel for Plaintiff and Defendants had agreed to a briefing schedule which would allow Defendants twenty-one (21) days or by May 9, 2008 to file a written response to the Motion for Remand and Plaintiff would have fourteen (14) days thereafter or by May 23, 2008 to file a reply. The Court agreed with the proposed schedule and indicated it would rule by mail.

4. Plaintiff filed her motion for remand by April 21, 2008, and Defendants filed their response to the motion on May 9, 2008, as per the briefing schedule.

5. Plaintiff is now asking the Court for an additional fourteen (14) days to file her reply for the following grounds and reasons:

    a. After reviewing Defendants' response brief, Plaintiff was surprised by its contents given that the removal was initially premised on the Carmack Amendment, but now Defendants have proceeded on other grounds in their response brief not previously raised of record requiring new and additional research on Plaintiff's part;

    b. Plaintiff has also recently learned of a recent Seventh Circuit Court of Appeals opinion concerning the Carmack Amendment and preemption, <u>REI Transport, Inc. v. C.H. Robinson Worldwide, Inc.</u>, 519 F.3d 693 (7th Cir. March 20, 2008), and would like to analyze this decision and potentially incorporate it into her reply brief;

    c. Also, potential new facts have come to Plaintiff's attention which we are investigating

2

that may impact the Court's view of this matter. An additional fourteen (14) days will allow Plaintiff sufficient time to determine whether these new facts would impact the pending motion for remand;

d. Additionally, Brian T. Nash, attorney for Plaintiff, also has an appellate brief due on May 23, 2008 in the Third District Appellate Court of Illinois.

6. Finally, given that the Court has indicated that it will rule upon this motion by mail and no ruling date is set, Plaintiff does not believe an additional fourteen (14) days will prejudice any party. To the contrary, Plaintiff believes an additional fourteen (14) days will further the interests of justice by ensuring that a full presentment of the relevant facts and law are presented to the Court prior to its ruling.

7. Plaintiff's counsel, Brian T. Nash communicated with attorneys for defendants who indicated that they have no objection to Plaintiff's request for an additional fourteen (14) days to file her reply brief.

WHEREFORE, Plaintiff respectfully requests that this Court grant Plaintiff an additional fourteen (14) days until June 6, 2008 to file her reply brief, or for such other relief the Court finds just in the premises.

Respectfully submitted,

Dated: May 19, 2008

s/Brian T. Nash

CLIFFORD LAW OFFICES, P.C.
120 North LaSalle Street
31st Floor
Chicago, Illinois 60602
(312) 899-9090
btn@cliffordlaw.com
*Counsel for Plaintiff*