IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SUSAN STARRETT, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>FEDEX GROUND PACKAGE )<br>SYSTEM INC., a Delaware Corporation, )<br>FEDERAL EXPRESS CORPORATION, )<br>a Delaware Corporation, )<br>FEDEX CORPORATE SERVICES, )<br>INC, a Delaware Corporation )<br>FEDEX AIR PACKAGE SYSTEMS INC., )<br>)<br>Defendants. ) | No. 08-cv-01611<br><br>Judge Joan H. Lefkow<br><br>Magistrate Judge Jeffrey Cole |

## NOTICE OF MOTION

**TO:** Patrick J. Keating, O'Hagan Spencer LLC, 1 E. Wacker Drive, Suite 3400, Chicago, IL 60601

YOU ARE HEREBY NOTIFIED that on *Thursday, May 22, 2008* at *9:30 a.m.* in *Room 1925,* 219 S. Dearborn Street, Chicago, Illinois, I shall appear before *Judge Joan H. Lefkow*, or any presiding judge in her stead in the United States District Court, Illinois, and shall then and there present to attached *Plaintiff's Motion for Additional Time to File Reply Brief.*

By: s/ Brian T. Nash
Brian T. Nash
CLIFFORD LAW OFFICES
120 N. LaSalle Street, 31st Floor
Chicago, IL 60602
Telephone: (312) 899-9090

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that on May 19, 2008 the foregoing **NOTICE OF MOTION** and **MOTION FOR ADDITIONAL TIME TO FILE REPLY BRIEF** was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to those attorneys on the above-named attorneys who are registered users, and also certifies that said document was served via U.S. Mail by depositing the same in a properly addressed envelope in the mail box located at 120 N. LaSalle Street with postage prepaid this 19th day of May, 2008 upon all attorneys listed above.