Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Joan H. Lefkow | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1611 | **DATE** | 5/22/2008 |
| **CASE TITLE** | Starrett vs. Fedex Ground Package System, Inc., et al. | | |

**DOCKET ENTRY TEXT**

Plaintiff's motion for additional time to file reply brief [14] is granted.  Plaintiff is given until 6/6/2008 to file reply brief in support of motion for remand.

Docketing to mail notices.

| | Courtroom Deputy Initials: | MD |
|---|---|---|