IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SUSAN STARRETT, ) ) Plaintiff, ) ) v. ) ) FEDEX GROUND PACKAGE ) SYSTEM INC., a Delaware Corporation, ) FEDERAL EXPRESS CORPORATION, ) a Delaware Corporation, ) FEDEX CORPORATE SERVICES, ) INC, a Delaware Corporation ) FEDEX AIR PACKAGE SYSTEMS INC., ) ) Defendants. ) | No. 08-cv-01611 Judge Joan H. Lefkow Magistrate Judge Jeffrey Cole |

## NOTICE OF MOTION

**TO:** Patrick J. Keating, O'Hagan Spencer LLC, 1 E. Wacker Drive, Suite 3400, Chicago, IL 60601

Michael W. Higginbotham, Federal Express Corporation, 3620 Hacks Cross Road, Building B-3d Floor, Memphis, Tennessee 38125

YOU ARE HEREBY NOTIFIED that on *June 12, 2008* at *9:30 a.m.* in *Room 1925,* 219 S. Dearborn Street, Chicago, Illinois, I shall appear before *Judge Joan H. Lefkow*, or any presiding judge in her stead in the United States District Court, Illinois, and shall then and there present to attached *Plaintiff's Motion to Withdraw Motion for Remand and for Leave for Time to File Second Amended Complaint.*

By: s/ Brian T. Nash
Brian T. Nash
CLIFFORD LAW OFFICES
120 N. LaSalle Street, 31st Floor
Chicago, IL 60602
Telephone: (312) 899-9090
btn@cliffordlaw.com

*Counsel for Plaintiff*

1

## CERTIFICATE OF SERVICE

    The undersigned attorney hereby certifies that on June 6, 2008 the foregoing **NOTICE OF MOTION** and **PLAINTIFF'S MOTION TO WITHDRAW MOTION FOR REMAND AND FOR LEAVE FOR TIME TO FILE SECOND AMENDED COMPLAINT** as electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to those attorneys on the above-named attorneys who are registered users, and also certifies that said document was served via U.S. Mail by depositing the same in a properly addressed envelope in the mail box located at 120 N. LaSalle Street with postage prepaid this 6th day of June, 2008 upon all attorneys listed above.