# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Joan H. Lefkow | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1611 | **DATE** | 6/12/2008 |
| **CASE TITLE** | Starrett vs. Fedex Ground Package System, Inc., et al. | | |

**DOCKET ENTRY TEXT**

Plaintiff's motion to withdraw motion for remand and for leave to file second amended complaint [18] is granted. Plaintiff's motion for remand [11] withdrawn. Plaintiff given leave to file an amended complaint by 7/10/2008. Status hearing is set for 8/28/2008 at 9:30 a.m.

■[ For further details see text below.]    Docketing to mail notices.

## STATEMENT

[A] claim for lost or damaged goods transported by a common air carrier arises under federal common law and thus falls within the district court's federal question jurisdiction." *Treiber & Straub, In.* v. *U.P.S., In.*, 474 F.3d 379, 384 (7th Cir. 2007). Because this court does have jurisdiction over the subject matter of this case, the motion for leave to withdraw motion for remand may be granted.

| | Courtroom Deputy Initials: | MD |
|---|---|---|