IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| SUSAN STARRETT, ) | |
| ) | |
| Plaintiff, ) | Case No.: 08 C-1611 |
| ) | |
| v. ) | Judge Lefkow |
| ) | |
| FEDEX GROUND PACKAGE ) | Magistrate Judge Cole |
| SYSTEM, INC., a Delaware Corporation ) | |
| FEDERAL EXPRESS CORPORATION, ) | |
| a Delaware Corporation ) | |
| FEDEX CORPORATE SERVICES, ) | |
| INC., a Delaware Corporation ) | |
| FEDEX AIR PACKAGE SYSTEMS, INC. ) | |
| ) | |
| Defendants. ) | |

**JOINT STIPULATION AND NOTICE OF
DISMISSAL AS TO FEDEX GROUND PACKAGE SYSTEM, INC., FEDEX
CORPORATE SERVICES, INC., AND FEDEX AIR PACKAGE SYSTEMS, INC.,
ONLY, WITHOUT PREJUDICE**

The parties to this action, by and through undersigned counsel of record, jointly stipulate to, and give notice of, the following:

1. The FedEx defendants have represented to Plaintiff that the shipments which are the basis for the claims asserted in this matter were handled exclusively by Federal Express Corporation, d/b/a FedEx Express ("Express"), and that FedEx Ground Package System, Inc. ("FedEx Ground") and Fedex Corporate Services, Inc. ("FedEx Services") had absolutely no involvement with the shipments.

2. The FedEx defendants have further represented to Plaintiff that FedEx Air Package Systems, Inc. does not exist.

3. The FedEx defendants have further given their assurance that if Plaintiff will agree to dismiss, without prejudice, FedEx Ground and FedEx Services, these

entities will not oppose any future amendment of the action to add them as defendants based upon such dismissal.

    4.    Based upon, and subject to, these stipulations, representations, and assurances, Plaintiff gives notice of her dismissal without prejudice of her claims as to FedEx Ground, FedEx Services and Fedex Air Package Systerm, Inc pursuant to Fed. R. Civ. P. 41(a)(1).

Respectfully Submitted,

s/Patrick J. Keating\_\_\_
Patrick J. Keating, Esq
55 West Wacker Drive
Suite 1400
Chicago, Illinois  60601

Michael W. Higginbotham
3620 Hacks Cross Road
Building B, Third Floor
Memphis, Tennessee   38125
Telephone: (901) 434-8570
Facsimile:  (901) 434-9279

**COUNSEL FOR FEDERAL EXPRESS CORPORATION, FEDEX GROUND PACKAGE SYSTEM, INC., AND FEDEX CORPORATE SERVICES, INC**.

s/Brian T. Nash_____
Brian T. Nash
Clifford Law Offices
120 North LaSalle Street, 31st Floor
Chicago, Illinois  60602
Telephone: (312) 899-9090

**COUNSEL FOR SUSAN STARRETT**

2