IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| SUSAN STARRETT, | )<br>) |
| Plaintiff, | )  Case No.: 08 C 1611<br>) |
| v. | )  Judge Lefkow<br>) |
| FEDERAL EXPRESS CORPORATION,<br>d/b/a FEDEX EXPRESS | )  Magistrate Judge Cole<br>)<br>) |
| Defendant. | ) |

## FEDERAL EXPRESS CORPORATION'S
## MOTION TO DISMISS
## AND/OR FOR SUMMARY JUDGMENT

The Defendant, Federal Express Corporation ("FedEx"), by and through undersigned counsel, moves the court to dismiss this action pursuant to Fed. R. Civ. P. 12 (b)(6) for failing to state a claim upon which relief may be granted, because Plaintiff lacks standing to bring this cause of action. In the alternative, should the Court look to matters beyond the pleadings to reach the merits of this motion, FedEx requests summary judgment dismissing this matter pursuant to Fed. R. Civ. P. 56, because any right to compensation available to any party resulting from the loss at issue has expired, and because the declaratory judgments sought by Plaintiff are not warranted by existing law, the reversal of existing law or the establishment of new law.

In support of the motion, FedEx relies on its Memorandum of Law and argument, and the Affidavit of Gina Pehlman filed contemporaneously, as well as the entire record in this cause.

Respectfully Submitted,

/s/_____
Michael W. Higginbotham
3620 Hacks Cross Road
Building B, Third Floor
Memphis, Tennessee  38125
Telephone: (901) 434-8570
Facsimile:  (901) 434-9279

-and-

Patrick J. Keating, Esq.
O'HAGAN SPENCER LLC
One E. Wacker Drive
Suite 3400
Chicago, Illinois  60601
Telephone: (312) 422-6100
Facsimile:  (312) 422-6110

Attorneys for Defendant.

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the foregoing document was sent via U.S. Mail, postage prepaid this the 18th day of July, 2008, to:

Brian T. Nash
Clifford Law Offices
120 North LaSalle Street, 31st Floor
Chicago, Illinois  60602
Telephone: (312) 899-9090


/s/_____
Patrick J. Keating, Esq.