21036-PJK                    Firm I.D. No. 42877                    Case No. 08 CH 5989

## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **Susan Starrett**, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.    **08 C 1611** |
| | ) | |
| **Federal Express Corporation**, d/b/a | ) | Judge Joan H. Lefkow |
| **FedEx Express,** | ) | Magistrate Judge Cole |
| | ) | |
| Defendants. | ) | |

### NOTICE OF MOTION

TO:    Clifford Law Offices, 120 N. LaSalle Street, Suite 3100, Chicago, IL 60602

**PLEASE TAKE NOTICE** that on Thursday, August 28, 2008, at 9:30 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Judge James B. Moran or any judge sitting in his stead in Courtroom 1843 of the Dirksen Federal Building, Chicago, Illinois, and then and there present **Federal Express Corporation's Motion to Dismiss and/or for Summary Judgment**, a copy of which was previously filed on July 18, 2008 and is Document No. 23 in the CM/ECF System.

                                        O'Hagan Spencer, LLC


                                        By:_____/s  Patrick J. Keating_____
                                            Counsel for Federal Express
                                            Corporation

Patrick J. Keating (ARDC 6211380)
**O'Hagan Spencer, LLC**
One East Wacker Drive
Suite 3400
Chicago, Illinois 60601
Ph:  312-422-6100
FAX: 312-422-6110

21036-PJK                           Firm I.D. No. 42877                    Case No. 08 CH 5989

## CERTIFICATE OF SERVICE

      I hereby certify that on August 11, 2008, a copy of foregoing **Notice of Motion** was filed electronically and served by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

                                                        _____/s   Patrick Keating_____