IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| SUSAN STARRETT, | ) |
| Plaintiff, | ) Case No.: 08 C-1611 |
| v. | ) Judge Lefkow |
| FEDERAL EXPRESS CORPORATION, a Delaware Corporation, | ) Magistrate Judge Cole |
| Defendant. | ) |

### STIPULATION OF DISMISSAL WITHOUT PREJUDICE

The parties to this action, by and through undersigned counsel of record, jointly stipulate to, and give notice of, the following:

1. The parties to this action, by and through undersigned counsel of record, enter this stipulation of dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). The parties agree that this dismissal is without prejudice and without costs, pursuant to Fed. R. Civ. P. 41 (a)(1)(B).

Respectfully Submitted,

s/Michael W. Higginbotham
Michael W. Higginbotham, Esq.
3620 Hacks Cross Road
Building B, Third Floor
Memphis, Tennessee 38125
Telephone: (901) 434-8570
Facsimile: (901) 434-9279

Patrick J. Keating, Esq
55 West Wacker Drive
Suite 1400
Chicago, Illinois 60601

**COUNSEL FOR FEDERAL EXPRESS CORPORATION**

        s/Brian T. Nash
        Brian T. Nash
        Clifford Law Offices
        120 North LaSalle Street, 31st Floor
        Chicago, Illinois 60602
        Telephone: (312) 899-9090

        **COUNSEL FOR SUSAN STARRETT**

## CERTIFICATE OF SERVICE

I, Brian T. Nash, certify that on this 12th day of August, 2008, a true and correct copy of **STIPULATION OF DISMISSAL WITHOUT PREJUDICE**, filed electronically and served by electronic mail, and/or first-class mail upon the following counsel of record:

Patrick J. Keating
O'Hagan Spencer, LLC.
1 E. Wacker Drive, Suite 3400
Chicago, IL 60601

Michael W. Higginbotham

Federal Express Corporation

3620 Hacks Cross Road

Building B-3d Floor

Memphis, Tennessee 38125

        s/Brian T. Nash
        CLIFFORD LAW OFFICES, P.C.
        120 N. LaSalle Street
        31st Floor
        Chicago, Illinois 60602
        Tel: (312) 899-9090
        Fax: (312) 251-1160
        E-Mail: btn@cliffordlaw.com